## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

FRANCOIS COTE,

     Plaintiff,

     v.

MICHAEL MUKASEY, in his
official capacity as
Attorney General of the
United States,

     Defendant.

**COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF**

Case No.

Hon.

Francois Cote, Pro se

Reg. #15869-424
FCI Loretto
P.O. Box 1000
Loretto, PA 15940

## PRELIMINARY STATEMENT

1.    This lawsuit challenges the constitutionality of 2 federal statutes (18 U.S.C. §§ 2422(b) and 2423(b)) both facially — in their operation and effect — and as applied to Petitioner, through their delegation of unbridled authority to both State and Federal law enforcement officials to conduct undercover investigations within the protected medium of Internet fantasy/role-play chat rooms

2.    Plaintiff is a user of both web-based and IRC (Internet Relay Chat) fantasy/role-play chat rooms/channels catering to adults, on the topic of teenage girls interested in engaing in sexual relationships with older men.

Plaintiff was prosecuted and convicted after a jury trial for violating both statutes, based on records of online chats, telephonic and text messages, as well as his travel to Chicago. Plaintiff is currently incarcerated, and will be released June 2, 2008.

3.    Because the speech in Internet fantasy/role-play chat rooms on the topic in question is identical to speech prohibited by both §2422(b) and §2423(b), the statutes reach both legal and illegal speech.

4.    Given that the identical conversations and conduct for which Plaintiff was prosecuted are perfectly legal— as long as they take place between consenting adults — and that the illegality of such speech has been held to turn merely upon a chat room user's intent and belief, the statutes confer unbridled discretion upon law enforcement officials.

1

5.    In response to the real threat of prosecution, a user is compelled to either determine the age of their chat partners — who wish to remain anonymous — in a context where age verification is impossible, or to cease engaging in the fantasy/role-play on this topic entirely.

6.    The statutes are vague, overbroad, and underinclusive — in their operation and effect and as applied to Plaintiff's speech — and violate the First and Fifth Amendment rights of Plaintiff, as well as those of other Internet fantasy/role-play chat room/channel users. The statutes also violate both the Commerce and Dormant Commerce Clauses, the Federal/State balance, the Fourteenth Amendment Territorial Principle, the CDA (Communications Decency Act), and International law.

7.    Plaintiff seeks a declaratory judgment that the statutes are unconstitutional facially, and/or as applied to him. Plaintiff also seeks a permanent injunction against their use within Internet fantasy/role-play chat rooms, and/or as applied to him, for past and/or future prosecutions, as well as a preliminary injunction, and a TRO.

### JURISDICTION AND VENUE

8.    This case arises under the United States Constitution and the laws of the United States and presents a federal question within this Court's jurisdiction under Article III of the United States Constitution and 28 U.S.C. §1331. The Court also has jurisdiction under the CDA (Communications Decency Act) of 1996, §561(a).

The Court has authority to grant declaratory relief pursuant to the Declaratory Judgment Act, 28 U.S.C. §2201 et seq. Plaintiff's

claims for injunctive relief are authorized by 28 U.S.C. §§ 2202 and 2284, and Rule 65 of the Fed.R.Civ.P. Venue is proper in this district under 28 U.S.C. §1391(e)(2), based upon Plaintiff's travel from Newark, New Jersey to Chicago, Illinois, which the government relied upon to establish jurisdiction under 18 U.S.C. §2423(b), and which the Seventh Circuit held constituted the overt act which amounted to a substantial step in violating the "attempt" provision of 18 U.S.C. §2422(b), in their opinion affirming Plaintiff's conviction. This Court has authority to award costs and attorney's fees under 28 U.S.C. §2412.

## PARTIES

9.   Plaintiff, Francois Cote, is a user of anonymous web and IRC-based (Internet Relay Chat) fantasy/role-play chat rooms/channels. Plaintiff is currently incarcerated at the Federal Correctional Institution, in Loretto, Pennsylvania, in the custody of the Bureau of Prisons. Plaintiff is due to be released on June 2, 2008, and is facing imminent deportation to Canada.

10.   Defendant, Michael Mukasey, is the Attorney General of the United States. Defendant has ultimate authority for the enforcement of the laws and statutes of the United States, including §§ 2422(b) and 2423(b). Defendant Mukasey is sued in his official capacity.

## CAUSES OF ACTION

11.   The statutes — in their operation and effect — violate Plaintiff's and other Internet fantasy/role-play chat room users' right to speak and receive speech freely, guaranteed by the First

3

Amendment.

12.   The statutes — in their operation and effect — violate Plaintiff's and other Internet fantasy/role-play chat room users' right to free thought and privacy, guaranteed by the First Amendment.

13.   The statutes — in their operation and effect — violate Plaintiff's and other Internet fantasy/role-play chat room users' First Amendment right to anonymity.

14.   The statutes — in their operation and effect — violate Plaintiff's and other Internet fantasy/role-play chat room users' right to Due Process guaranteed by the Fifth Amendment.

15.   The statutes—in their operation and effect — violate Plaintiff's and other Internet fantasy/role-play chat room users' right to Equal Protection guaranteed by the Fifth and Fourteenth Amendments.

16.   The statutes — in their operation and effect — violate Plaintiff's and other Internet fantasy/role-play chat room users' rights to engage in interstate commerce under the Commerce Clause.

17.   The actions of State agents — members of a common task force with FBI agents — in enforcing State law on the Internet, violate  the Dormant Commerce Clause, the Fourteenth Amendment territorial principle, and the CDA (Communications Decency Act).

18.   The actions of State agents — members of a common task force with FBI agents — in enforcing federal statutes at the behest of federal law enforcement officials, within foreign fantasy/role-play Internet servers, violate the federal/state balance, as well as International law.

4

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1)    Declare that 18 U.S.C. §§ 2422(b) and 2423(b) — in their operation and effect — are unconstitutional facially and/or as applied to Plaintiff's speech under either/or the First, Fifth, Fourteenth Amendments, and Commerce Clauses.

2)    Declare that the actions of Federal and State law enforcement officials in conducting online undercover suspicionless investi- gations within fantasy/role-play Internet chat rooms located on foreign servers, are unconstitutional under either/or the Fourth, Fifth, and Fourteenth Amendments, the Dormant Commerce Clause, federalism, and the CDA.

3)    Permanently enjoin the enforcement of the statutes by the Defendant, either generally  and/or against Plaintiff, with respect to suspicionless investigations within fantasy/roleplay Internet chat rooms.

4)    Preliminarily enjoin the enforcement of the statutes by the Defendant, either generally and/or against Plaintiff, with respect to suspicionless investigations within fantasy/role-play Internet chat rooms, until such time as the Court issues a permanent injunction.

5)    Issue a Temporary Restraining Order against the enforcement of the statutes with respect to Plaintiff's speech within fantasy/role-play Internet chat rooms, in order to prevent any further harm to Plaintiff, including the imminent threat of deportation.

6)    Grant Plaintiff such other and further relief as the Court deems just and proper. _June 1, 2008_    _François Côté_

François Côté, Pro se

5

Federal Correctional
Institution
P.O. Box 1000
Loretto, PA 15940

U.S. DISTRICT COURT

2008 JUN -5  A 9: 29

RECEIVED
JUN - 6 2008
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

7007 2680 0001 3252 1484

Melvin Jackson
Deputy in - Charge
Martin Luther King Jr.
Federal Bldg
50 Walnut St
P.O. Box 419
Newark, NJ 07101





