AO 240  (Rev. 8/88)  Application to Proceed

# United States District Court

━━━━━━━━━━━━━━━━━━━━ **DISTRICT OF** ━━━━━━━━━━━━━━━━━━━━
New Jersey

FRANCOIS COTE

    Plaintiff.

      V.

MICHAEL MUKASEY, in his official
capacity as Attorney General
of the United States

## APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

**CASE NUMBER:**

---

I, _____Francois Cote_____, declare that I am the *(check appropriate box)*

- ☒ petitioner/plaintiff
- ☐ respondent/defendant
- ☐ movant (filing 28 U.S.C. 2255 motion)
- ☐ _____  *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Claim for Declaratory and Injunctive relief on the basis of the unconstitutionality of two federal statutes.

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ☒

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

    Receipts from self-employment (2001-2002):$45,000.

2. Have you received within the past twelve months any money from any of the following sources?

| | | |
|---|---|---|
| a. Business, profession or other form of self-employment | Yes ☐ | No ☒ |
| b. Rent payments, interest or dividends? | Yes ☐ | No ☒ |
| c. Pensions, annuities or life insurance payments? | Yes ☐ | No ☒ |
| d. Gifts or inheritances? | Yes ☐ | No ☒ |
| e. Any other sources? | Yes ☐ | No ☒ |

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐    No ☒    (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐    No ☒

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 26, 2008___
                    (Date)

_____
Signature of Applicant

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ ___145⁷⁸___ on account to his credit at the ___FCI Milton___ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _Accounts he no PS, he_ _hal no Assets and liabilities only $200,000_

I further certify that during the last six months the applicant's average balance was $ ___117.32___

_____
Authorized Officer of Institution   Case Manager

## ORDER OF COURT

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| _____  _____<br>United States Judge       Date | _____  _____<br>United States Judge       Date<br>or Magistrate |



## All Transactions

 PRINT

| | | Current Institution: | Loretto FCI |
|---|---|---|---|
| Inmate Name: | | Housing Unit: | LOR N-A |
| Report Date: | | Living Quarters: | N02-141L |
| Report Time: | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 5/28/2008 8:55:37 PM | Phone Withdrawal | ($3.00) | TFN0528 | | $145.78 |
| 5/22/2008 12:13:11 PM | Sales | ($21.35) | 86 | | $148.78 |
| 5/18/2008 8:51:11 PM | Phone Withdrawal | ($5.00) | TFN0518 | | $170.13 |
| 5/15/2008 9:36:33 PM | Phone Withdrawal | ($6.00) | TFN0515 | | $175.13 |
| 5/15/2008 12:08:49 PM | Sales | ($19.70) | 76 | | $181.13 |
| 5/10/2008 8:34:26 PM | Phone Withdrawal | ($5.00) | TFN0510 | | $200.83 |
| 5/9/2008 5:59:03 PM | Phone Withdrawal | ($3.00) | TFN0509 | | $205.83 |
| 5/9/2008 12:54:52 PM | Payroll - IPP | $5.25 | HIPP0408 | | $208.83 |
| 5/8/2008 11:57:01 AM | Sales | ($57.00) | 72 | | $203.58 |
| 5/4/2008 7:36:42 PM | Phone Withdrawal | ($5.00) | TFN0504 | | $260.58 |
| 4/28/2008 8:50:51 PM | Phone Withdrawal | ($4.00) | TFN0428 | | $265.58 |
| 4/25/2008 12:00:07 PM | Sales | ($56.25) | 105 | | $269.58 |
| 4/24/2008 8:36:39 PM | Phone Withdrawal | ($5.00) | TFN0424 | | $325.83 |
| 4/23/2008 8:52:21 PM | Phone Withdrawal | ($2.00) | TFN0423 | | $330.83 |
| 4/22/2008 5:53:43 AM | Lockbox - CD | $200.00 | 70106601 | | $332.83 |
| 4/18/2008 12:13:33 PM | Sales | ($22.35) | 86 | | $132.83 |
| 4/17/2008 8:57:50 PM | Phone Withdrawal | ($5.00) | TFN0417 | | $155.18 |
| 4/11/2008 12:15:54 PM | Sales | ($67.50) | 121 | | $160.18 |
| 4/8/2008 5:31:32 AM | Lockbox - CD | $40.00 | 70105601 | | $227.68 |
| 4/7/2008 12:35:50 PM | Payroll - IPP | $5.25 | HIPP0308 | | $187.68 |
| 4/4/2008 12:46:07 PM | Sales | ($83.00) | 34 | | $182.43 |
| 4/3/2008 7:44:09 PM | Phone Withdrawal | ($5.00) | TFN0403 | | $265.43 |
| 3/30/2008 9:57:43 AM | Phone Withdrawal | ($5.00) | TFN0330 | | $270.43 |
| 3/27/2008 3:45:54 PM | Phone Withdrawal | ($3.00) | TFN0327 | | $275.43 |
| 3/23/2008 5:22:46 AM | Lockbox - CD | $200.00 | 70104502 | | $278.43 |
| 3/22/2008 7:11:05 PM | Western Union | $40.00 | 33312508 | | $78.43 |
| 3/18/2008 11:58:39 AM | Sales | ($4.50) | 86 | | $38.43 |
| 3/15/2008 5:28:24 AM | Lockbox - CD | $10.00 | 70104001 | | $42.93 |
| 3/10/2008 12:00:43 PM | Sales | ($17.60) | 86 | | $32.93 |
| 3/9/2008 7:32:03 PM | Phone Withdrawal | ($5.00) | TFN0309 | | $50.53 |
| 3/7/2008 12:53:54 PM | FRP Quarterly Pymt | ($25.00) | HIOS012 | | $55.53 |
| 3/7/2008 12:52:08 PM | Payroll - IPP | $5.25 | HIPP0208 | | $80.53 |
| 3/5/2008 5:23:02 AM | Lockbox - CD | $10.00 | 70103201 | | $75.28 |
| 3/2/2008 9:56:24 PM | Phone Withdrawal | ($5.00) | TFN0302 | | $65.28 |
| 3/1/2008 5:28:22 AM | Lockbox - CD | $40.00 | 70103001 | | $70.28 |
| 2/24/2008 4:35:44 PM | Phone Withdrawal | ($1.00) | TFN0224 | | $30.28 |
| 2/19/2008 12:05:45 PM | Sales | ($9.05) | 143 | | $31.28 |
| 2/18/2008 10:13:40 PM | Phone Withdrawal | ($4.00) | TFN0218 | | $40.33 |
| 2/6/2008 12:29:39 PM | Payroll - IPP | $5.25 | HIPP0108 | | $44.33 |
| 2/5/2008 12:14:02 PM | Sales | ($5.00) | 68 | | $39.08 |
| 1/30/2008 12:16:04 PM | Sales | ($3.20) | 75 | | $44.08 |
| 1/23/2008 12:33:57 PM | Sales | ($13.30) | 93 | | $47.28 |
| 1/22/2008 3:29:13 PM | Phone Withdrawal | ($5.00) | TFN0122 | | $60.58 |
| 1/19/2008 12:05:47 PM | Phone Withdrawal | ($5.00) | TFN0119 | | $65.58 |
| 1/11/2008 4:40:23 PM | Phone Withdrawal | ($3.00) | TFN0111 | | $70.58 |
| 1/9/2008 12:12:14 PM | Sales | ($12.10) | 57 | | $73.58 |
| 1/8/2008 5:43:41 AM | Lockbox - CD | $40.00 | 70199201 | | $85.68 |
| 1/7/2008 12:35:16 PM | Payroll - IPP | $5.25 | HJPP1207 | | $45.68 |
| 1/5/2008 5:56:48 PM | Phone Withdrawal | ($4.00) | TFN0105 | | $40.43 |
| 1/2/2008 12:22:43 PM | Sales | ($3.15) | 131 | | $44.43 |

1 2 3

## All Transactions



Account Reg #:       PRM0333
Inmate Name:         COLE, ARGENTINE
Report Date:         05/29/2008
Report Time:         1:37:15 AM

Current Institution:  Loretto FCI
Housing Unit:         LOR-N-X
Living Quarters:      S02-1411

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/1/2008 8:09:18 PM | Phone Withdrawal | ($3.00) | TFN0101 | | $47.58 |
| 12/29/2007 7:37:11 PM | Phone Withdrawal | ($4.00) | TFN1229 | | $50.58 |
| 12/27/2007 12:02:25 PM | Sales | ($3.95) | 74 | | $54.58 |
| 12/25/2007 6:33:02 PM | Phone Withdrawal | ($2.00) | TFN1225 | | $58.53 |
| 12/24/2007 7:04:38 PM | Phone Withdrawal | ($6.00) | TFN1224 | | $60.53 |
| 12/20/2007 12:08:45 PM | Sales | ($7.55) | 86 | | $66.53 |
| 12/13/2007 12:25:49 PM | Sales | ($20.90) | 69 | | $74.08 |
| 12/7/2007 1:42:38 PM | FRP Quarterly Pymt | ($25.00) | HIOS006 | | $94.98 |
| 12/7/2007 1:39:37 PM | Payroll - IPP | $5.25 | HIPP1107 | | $119.98 |
| 12/7/2007 5:33:49 AM | Lockbox - CD | $10.00 | 70197201 | | $114.73 |
| 12/6/2007 12:34:13 PM | Sales | ($27.75) | 88 | | $104.73 |
| 11/30/2007 12:21:57 PM | Sales | ($70.85) | 63 | | $132.48 |
| 11/27/2007 4:45:09 PM | Phone Withdrawal | ($20.00) | TFN1127 | | $203.33 |
| 11/25/2007 10:09:11 PM | Western Union | $200.00 | 33304108 | | $223.33 |
| 11/25/2007 9:08:49 PM | Phone Withdrawal | ($2.00) | TFN1125 | | $23.33 |
| 11/22/2007 8:09:47 PM | Phone Withdrawal | ($2.00) | TFN1122 | | $25.33 |
| 11/21/2007 12:21:06 PM | Sales | ($23.65) | 144 | | $27.33 |
| 11/20/2007 10:45:43 AM | Phone Withdrawal | ($4.00) | TFN1120 | | $50.98 |
| 11/20/2007 5:29:41 AM | Lockbox - CD | $40.00 | 70196001 | | $54.98 |
| 11/17/2007 5:32:48 AM | Lockbox - CD | $10.00 | 70195901 | | $14.98 |
| 11/15/2007 10:22:36 PM | Phone Withdrawal | ($2.00) | TFN1115 | | $4.98 |
| 11/9/2007 12:08:29 PM | Sales | ($13.35) | 72 | | $6.98 |
| 11/5/2007 1:08:40 PM | Payroll - IPP | $5.25 | HIPP1007 | | $20.33 |
| 11/4/2007 3:30:49 PM | Phone Withdrawal | ($2.00) | TFN1104 | | $15.08 |
| 10/31/2007 12:13:05 PM | Sales | ($2.20) | 66 | | $17.08 |
| 10/31/2007 12:12:11 PM | Sales | ($10.75) | 65 | | $19.28 |
| 10/23/2007 10:04:44 PM | Phone Withdrawal | ($2.00) | TFN1023 | | $30.03 |
| 10/21/2007 8:09:01 PM | Phone Withdrawal | ($3.00) | TFN1021 | | $32.03 |
| 10/17/2007 8:51:45 PM | Phone Withdrawal | ($3.00) | TFN1017 | | $35.03 |
| 10/15/2007 12:11:27 PM | Sales | ($2.30) | 77 | | $38.03 |
| 10/12/2007 6:45:43 PM | Phone Withdrawal | ($6.00) | TFN1012 | | $40.33 |
| 10/9/2007 12:17:49 PM | Sales | ($6.80) | 134 | | $46.33 |
| 10/9/2007 10:49:10 AM | Lockbox - CD | $40.00 | 70193104 | | $53.13 |
| 10/5/2007 1:06:16 PM | Payroll - IPP | $5.25 | HIPP0907 | | $13.13 |
| 10/3/2007 10:36:00 PM | Phone Withdrawal | ($3.00) | TFN1003 | | $7.88 |
| 10/3/2007 5:25:02 PM | Phone Withdrawal | ($3.00) | TFN1003 | | $10.88 |
| 10/1/2007 12:16:28 PM | Sales | ($5.55) | 85 | | $13.88 |
| 9/19/2007 10:13:20 PM | Phone Withdrawal | ($2.00) | TFN0919 | | $19.43 |
| 9/18/2007 12:12:57 PM | Sales | ($10.90) | 118 | | $21.43 |
| 9/16/2007 8:51:25 PM | Phone Withdrawal | ($2.00) | TFN0916 | | $32.33 |
| 9/13/2007 9:09:24 PM | Phone Withdrawal | ($2.00) | TFN0913 | | $34.33 |
| 9/12/2007 1:08:12 PM | FRP Treasury Pymt | ($25.00) | | 4058 | $36.33 |
| 9/11/2007 12:20:20 PM | Sales | ($38.90) | 149 | | $61.33 |
| 9/9/2007 3:32:40 PM | Phone Withdrawal | ($6.00) | TFN0909 | | $100.23 |
| 9/8/2007 12:13:54 PM | Western Union | $100.00 | 33324507 | | $106.23 |
| 9/7/2007 2:02:03 PM | FRP Quarterly Pymt | $0.00 | GIOS0024 | | $6.23 |
| 9/7/2007 1:59:42 PM | Payroll - IPP | $5.25 | GIPP0807 | | $6.23 |
| 9/6/2007 12:36:00 PM | Phone Withdrawal | ($2.00) | TFN0906 | | $0.98 |
| 9/5/2007 12:16:30 PM | Phone Withdrawal | ($3.00) | TFN0905 | | $2.98 |
| 8/30/2007 10:28:27 PM | Phone Withdrawal | ($4.00) | TFN0830 | | $5.98 |

1 2 3

# AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, Francois Cote, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ -0- | $ NA | $ -0- | $ NA |
| Self-employment | $ -0- | $ NA | $ -0- | $ NA |
| Income from real property (such as rental income) | $ -0- | $ NA | $ -0- | $ NA |
| Interest and dividends | $ -0- | $ NA | $ -0- | $ NA |
| Gifts | $ -0- | $ NA | $ -0- | $ NA |
| Alimony | $ -0- | $ NA | $ -0- | $ NA |
| Child Support | $ -0- | $ NA | $ -0- | $ NA |
| Retirement (such as social security, pensions, annuities, insurance) | $ -0- | $ NA | $ -0- | $ NA |
| Disability (such as social security, insurance payments) | $ -0- | $ NA | $ -0- | $ NA |
| Unemployment payments | $ -0- | $ NA | $ -0- | $ NA |
| Public-assistance (such as welfare) | $ -0- | $ NA | $ -0- | $ NA |
| Other (specify): | $ NA | $ NA | $ NA | $ NA |
| **Total monthly income:** | $ -0- | $ -0- | $ -0- | $ -0- |

|                                                                                  | You        | Your spouse |
|----------------------------------------------------------------------------------|------------|-------------|
| Transportation (not including motor vehicle payments)                            | $ −0−      | $ NA        |
| Recreation, entertainment, newspapers, magazines, etc.                           | $ −0−      | $ NA        |

Insurance (not deducted from wages or included in mortgage payments)

|                          | You   | Your spouse |
|--------------------------|-------|-------------|
| Homeowner's or renter's  | $ −0− | $ NA        |
| Life                     | $ −0− | $ NA        |
| Health                   | $ −0− | $ NA        |
| Motor Vehicle            | $ −0− | $ NA        |
| Other: _____        | $ −0− | $ NA        |

Taxes (not deducted from wages or included in mortgage payments)

|                       | You   | Your spouse |
|-----------------------|-------|-------------|
| (specify): _____ | $ −0− | $ NA        |

Installment payments

|                       | You   | Your spouse |
|-----------------------|-------|-------------|
| Motor Vehicle         | $ −0− | $ NA        |
| Credit card(s)        | $ −0− | $ NA        |
| Department store(s)   | $ −0− | $ NA        |
| Other: _____     | $ −0− | $ NA        |

| | You | Your spouse |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ −0− | $ NA |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ −0− | $ NA |
| Other (specify): _____ | $ −0− | $ NA |
| **Total monthly expenses:** | $ −0− | $ NA |

2. List your employment history for the past two years, most recent first.   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ -0- |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ -0- |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $_____ Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | | $ -0- | $ NA |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

☐ Home
   Value ___ NA ___

☐ Other real estate
   Value ___ NA ___

☐ Motor Vehicle #1
   Year, make & model ___ NA ___
   Value _____

☐ Motor Vehicle #2
   Year, make & model _____
   Value _____

☐ Other assets
   Description ___ NA _____
   Value _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NA | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NA | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family.   Show separately the amounts paid by your spouse.   Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ -0- | $ NA |
| Are real estate taxes included?   ☐ Yes   ☐ No | | |
| Is property insurance included?   ☐ Yes   ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ -0- | $ NA |
| Home maintenance (repairs and upkeep) | $ -0- | $ NA |
| Food | $ -0- | $ NA |
| Clothing | $ -0- | $ NA |
| Laundry and dry-cleaning | $ -0- | $ NA |
| Medical and dental expenses | $ -0- | $ NA |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☒ No    If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?    ☐ Yes    ☒ No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes    ☒ No

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

I have been incarcerated for the past 5 years. For the past year, I have received a stipend of $5.25/ mo.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___May 30, 2008___ , 2008

_____
(Signature)