UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FRANCOIS COTE,                           :
                                         :
                                         :    Civil Action No. 08-2956 (MLC)
                    Plaintiff,           :
                                         :
          v.                             :        **ORDER & JUDGMENT**
                                         :
MICHAEL MUKASEY,                         :
                                         :
                    Defendant.           :
                                         :

For the reasons expressed in the Court's Opinion, dated October 27, 2008, **IT IS** on this     27th     day of October, 2008, **ORDERED** that, pursuant to 28 U.S.C. § 1915(a) and (b), the application by plaintiff to proceed in forma pauperis is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court **FILE** the Complaint without prepayment of the filing fee; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order and Judgment, and the Opinion, by regular mail on the United States Attorney for the State of Pennsylvania and the Warden at FCI Loretto in Loretto, Pennsylvania, where plaintiff is confined; and it is further

**ORDERED** that plaintiff is assessed a filing fee of $350.00, which shall be deducted from plaintiff's prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in plaintiff's prison account exceeds $10.00, the agency having custody of plaintiff shall assess, deduct from his account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to plaintiff's prison account, with each payment referencing the civil docket number of this action; and it is further

**ADJUDGED** that plaintiff's claims challenging the legality of the federal criminal statutes under which he was convicted are **DISMISSED**; and it is further

**ADJUDGED** that plaintiff's claims of prospective or future application of the federal criminal statutes are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the motion for leave to file under seal and proceed pseudonymously (Docket Entry No. 2) is **DENIED** as moot; and it is further

**ORDERED** that — as no claims remain viable — the Clerk of the Court designate the action as **CLOSED.**

s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge

2