UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

U.S.P.O. & COURTHOUSE
NEWARK, NEW JERSEY 07101

CAMDEN OFFICE

U.S.P.O. & COURTHOUSE
401 MARKET STREET
CAMDEN, NJ 08101

October 27, 2008

TRENTON OFFICE

402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08603

REPLY TO:  TRENTON

United States Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106

WARDEN

LORETTO
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
LORETTO, PA 15940

Re: COTE  v. MUKASEY
Cv. 08-2956(MLC)

Dear Sirs:

Please find herewith enclosed a copy of a self explanatory Order in the above matter.

Sincerely,

S/Lillian Krzyzanowski
By:  Lillian Krzyzanowski
Deputy Clerk

Enclosure